IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2010 APR -5  AM 10: 50

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

LAND/HOME FINANCIAL SERVICES,
                    Plaintiff,

-vs-                                                              Case No.  A-10-CA-020-SS

MAX  AUSTIN  HABRECHT,  AUSTIN
APPRAISAL GROUP, AND DOES 1-40,
                    Defendants.

_____

## O R D E R

BE IT REMEMBERED on this the Court reviewed the file in the above-styled cause, and

noting there has been no activity since defendant Max Austin Habrecht was served on **February 2,**

**2010**, the Court enters the following order:

IT IS ORDERED that plaintiff file on or before **May 8, 2010**, a pleading stating the

status of this case and why it should not be dismissed for failure to prosecute and to comply

with the orders of this Court.

SIGNED this the 2ⁿᵈ day of April 2010.

_____
UNITED STATES DISTRICT JUDGE